UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  15-          (ESH) |
| | : | |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 286 (Conspiracy to Defraud the |
| | : | Government With Respect to Claims); 18 |
| | : | U.S.C. § 287 (False Claims); 18 U.S.C. § |
| MARC A. BELL, | : | 1028(a)(7) (Fraud and Related Activity in |
| | : | Connection with Identification Information; |
| | : | and 18 U.S.C. § 2 (Aiding and Abetting). |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE - CONSPIRACY TO DEFRAUD THE GOVERNMENT
### WITH RESPECT TO CLAIMS

### I.  INTRODUCTION

A.  Overview Regarding Tax Matters

At all times relevant to this Information:

1.      The Internal Revenue Service (IRS) is an agency of the United States of America Department of the Treasury and has responsibility for administering provisions of the Internal Revenue Code.

2.      A Form 1040 Individual Income Tax Return is a tax form used by an individual to report taxable income from wages and/or from self-employment.

3.      A Schedule C - Net Profit From Business is a tax form attached to a Form 1040 to report income or loss from a business operated or a profession practiced as a sole proprietor.   Income from a Schedule C business is often self-reported, and is not typically reported to the IRS by an independent third party.   A Schedule C-EZ is a simplified version of the Schedule C, which is used

1

when, among other factors, business expenses do not exceed $5,000, and the business has no employees or inventory.

4.       The EITC is a refundable federal income tax credit for low- to moderate-income working individuals and families.   When the EITC exceeds the amount of taxes owed, it results in a tax refund to those who claim and qualify for the credit.   To qualify for the EITC, an individual must have earned income from employment, self-employment or another source and meet certain requirements.   The amount of an individual's EITC varies depending on the individual's income and whether the individual has a qualifying child or children.

B.       The Identity Theft and False Claims for Federal Income Tax Refund Conspiracy

5.       At all times relevant herein, an extensive network of over 130 individuals, many of whom were receiving some type of public assistance, engaged in a massive sophisticated identity theft and false tax refund scheme in the District of Columbia and elsewhere, seeking over $42 million in fraudulently claimed income tax refunds. During the approximate period 2006 through present (for tax years 2005 through 2013) the co-conspirators caused the filing of at least 12,000 fraudulent federal income tax returns listing one of over 430 addresses located in the District of Columbia, Maryland, and Virginia as the "taxpayer" address.   Some of the addresses were used to file more than 100 fraudulent federal income tax returns in a single year.

6.       Identity theft victims whose identifying information was used on fraudulent federal income tax returns include the elderly; those living in assisted living (including Alzheimer's patients and the disabled, including amputees); drug addicts; and incarcerated prisoners. Identifying information of deceased persons and of children whose parents sold their child's name, date of birth, and social security number was also utilized.

7.       The co-conspirators utilized the stolen means of identification, including names

2

and social security numbers, of at least 130 patients of a nursing home, 84 of whom were over the age of 65 when their stolen identities were used.  The patients whose identifying information was stolen included:   "A. W.," "C. S.," "E. G.," "F. R.," "H. H.," "J. R.," "J. J.," "J. I.," "M. W.," "M. T.," "R. E.," "R. J.," "S. B.," and "W. H."   Five of these individuals, "E. G.,"   "H. H.," "J. R.," "J. J," and "W. H."  were deceased at the time when their means of identification was used in the scheme alleged herein.

8.      The tax fraud scheme involved using inflated Adjusted Gross Income by creating and utilizing fraudulent Schedules C to reflect income sufficient to generate a tax refund based upon the Earned Income Tax Credit.   The IRS issued the income tax refunds via U.S. Treasury checks.

9.      This identity theft and tax fraud scheme involved several layers of co-conspirators operating at various levels, each receiving financial compensation for his or her particular role in the scheme, including:

a.      Creating and mailing to the IRS fraudulent individual income tax returns, Forms 1040, which contained:

i.      Stolen or purchased means of personal identification;

ii.     False "taxpayer" residential addresses that were, in fact, addresses of co-conspirators;

iii.    Fraudulently claimed dependents, who were not dependents of the "taxpayer" listed on the income tax returns;

iv.     False claims that the "taxpayer" operated a Schedule C business, claiming income sufficient to generate a tax refund based on the EITC; and

3

     v.  Forged "taxpayer" signatures.

    b.  Stealing the personal identifying information of: patients who were incapacitated and residing at nursing facilities, patients receiving treatment at medical facilities, persons who were incarcerated, and deceased persons, which information was used to file the fraudulent individual income tax returns;

    c.  Agreeing to allow their personal identifying information to be used on one or more fraudulent income tax returns;

    d.  Permitting their residential addresses to be used on the fraudulent income tax returns for the delivery of fraudulently obtained U.S. Treasury tax refund checks in the names of persons who did not in fact reside at the addresses listed;

    e.  Stealing fraudulently obtained U.S. Treasury tax refund checks from the mail, including U.S. Postal Service carriers.

    f.  Opening bank accounts or using existing bank accounts to negotiate the fraudulently obtained U.S. Treasury checks, issued in the names of third parties, including identity theft victims;

    g.  Forging the endorsements of identity theft victims on the backs of fraudulently obtained income tax refund checks; and

    h.  Abusing their position of employment at a financial institution or money service business to facilitate the negotiation of fraudulently obtained income tax refund checks.

  10.  The identity theft victims in this case were unaware that their means of identification was being used to file income tax returns, did not receive the fraudulently obtained U.S. Treasury checks, and did not endorse the checks or receive any of the proceeds.   In addition, the identity theft victims are not related to the "dependents" listed on the fraudulent income tax

4

returns, never resided at the addresses listed on the fraudulent federal income tax returns or on the resulting U.S. Treasury checks that were issued and never operated the business reported on the Schedule C.   In some cases, individuals unwittingly turned over their identifying information to a co-conspirator after being told that they were due an income tax refund or were entitled to some "Obama Stimulus Money."

11.     Co-conspirators who agreed to have the fraudulent U.S. Treasury checks mailed to their residence typically received in exchange approximately $150 per check.  Those who negotiated such checks typically received in exchange approximately $250 per check.  Larger amounts of money were earned by those who solicited others to allow their addresses to be used for the receipt of fraudulently obtained U.S. Treasury checks and those who masterminded the scheme and created and mailed the fraudulent federal income tax returns.

12.     All of the fraudulent income tax returns sought refunds.  Many of the said tax returns listed the "taxpayer's" home address as an address located in the District of Columbia.   In an apparent effort to frustrate IRS fraud detection efforts, many returns were mailed for filing to IRS Service Centers not meant to receive the returns.

13.     For the approximate period 2006 to present, the above-described scheme caused the filing of at least 12,000 fraudulent federal income tax returns, Forms 1040, seeking income tax refunds of at least $42 million, and caused the issuance of fraudulent income tax refunds in the form of U.S. Treasury checks, which were delivered to various addresses located in the District of Columbia, and elsewhere.

C.     Defendant Marc Bell's Role in the Scheme

14.     Defendant MARC A. BELL was employed during or about 2005 to during or about October 2013 as a program manager, program officer, or placement expeditor at the Department of

Youth Rehabilitation Services ("DYRS"), located in the District of Columbia.   During that time period, DYRS was responsible for the supervision, custody, and care of young people charged with a delinquent act in the District of Columbia and either detained in a DYRS facility while awaiting adjudication or committed to DYRS by a District of Columbia Family Court judge following adjudication.   In his various capacities at DYRS, defendant MARC A. BELL had access to the DYRS YES database system, which contained the means of identification of DYRS youth, including names and social security numbers.   Defendant MARC A. BELL appropriated the means of identification of then current and former DYRS youth and provided the same to one or more co-conspirators in the above-described identity theft and tax fraud scheme.

15.     At all times relevant herein, at least 1,160 fraudulent Form 1040, U.S. Individual Income Tax Returns and related Schedules C-EZ were filed in the names of then current and former DYRS youth with the Internal Revenue Service, claiming fraudulent tax refunds totaling approximately $4,441,194.00.   Some of the U.S. Treasury checks issued as a result of these fraudulent income tax returns were negotiated by co-conspirators, both known and unknown.

16.     From in or about May 2010, and continuing until in or about April 2013, the defendant, MARC A. BELL, appropriated the means of identification of at least 645 then current and former DYRS youth and provided the same, including names and social security numbers, to one or more co-conspirators to be used as the "taxpayer" in the preparation of at least 1,160 fraudulent U.S. individual income tax returns, Forms 1040, claiming fraudulent income tax refunds in the amount of approximately $4,441,194.00.   As a result of those returns being filed with the IRS, approximately 700 U.S. Treasury checks, totaling approximately $2,422,211.77, which were in the names of then current and former DYRS youth, were issued, and approximately 534 U.S. Treasury checks, totaling approximately $1,972,710.68 were negotiated by

6

co-conspirators, both known and unknown. The defendant, MARC A. BELL, received financial

compensation from co-conspirators for providing these means of identification for use in this

scheme.

## THE CONSPIRACY

17. From in or about March 2009, and continuing until in or about April 2013, within

the District of Columbia and elsewhere, the defendant, MARC A. BELL, co-conspirator Kevin

Brown, and other individuals whose identities are known and unknown, did unlawfully,

knowingly, and willfully, conspire and agree together and with each other, to defraud the United

States of America and an agency thereof, that is, the Internal Revenue Service, of monies in the

approximate amount of $4,441,194.00, through the filing of at least 1,160 fraudulent federal

income tax returns.

## THE GOAL OF THE CONSPIRACY

18. It was the goal of the conspiracy that the defendant, MARC A. BELL,

co-conspirator Kevin Brown, and other individuals whose identities are known and unknown,

would enrich themselves and obtain money by negotiating fraudulently obtained U.S. Treasury tax

refund checks. These checks were generated by filing false U.S. federal income tax returns,

attaching the Schedule C or C-EZ Net Profit From Business, which falsely claimed that each

"taxpayer" operated a business as a sole proprietorship, including a "barber" or "childcare," and

falsely stated that the "taxpayer" had gross receipts and two or more dependent children, when, in

fact, the "taxpayer" was either a victim of identity theft, was misled into providing his or her

identifying information, or was a willing participant in the scheme; no such business had been

operated by the "taxpayer;" and the "taxpayer" had no such dependents; all of which caused

7

fraudulent income tax refunds to be issued via U.S. Treasury checks that were mailed to various addresses located in the District of Columbia and elsewhere.

## MANNER AND MEANS

19.     In order to further the objects and goals of the conspiracy, the defendant, MARC A. BELL, co-conspirator Kevin Brown, and other individuals whose identities are known and unknown, used the following manners and means, among others:

A.      The defendant, MARC A. BELL, would appropriate the means of identification of a young person in the DYRS YES database, including the individual's name and social security number, and provide that information to one or more co-conspirators for use in this scheme.

B.      A fraudulent Form 1040, U.S. Individual Income Tax Return and related Schedule C-EZ would be filed by one or more co-conspirators in the name of that DYRS youth with the Internal Revenue Service, claiming a fraudulent tax refund.

C.      A co-conspirator would receive at his or her residential address, through the U.S. mail, a fraudulently obtained U.S. Treasury tax refund check in the name of that DYRS youth.

D.      A co-conspirator would cause the U.S. Treasury check in the name of that DYRS youth to be negotiated.

E.      The defendant, MARC A. BELL, would receive from a co-conspirator financial compensation for his participation in this scheme.

## OVERT ACTS

20.     Within the District of Columbia and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, MARC A. BELL, and other individuals whose identities are known and unknown, committed the following overt acts, among others:

8

A.       On or about September 15, 2010, the defendant, MARC A. BELL, stole a means of identification of "A.O.," whose personal information was contained in the DYRS YES database. The information taken included "A.O.'s" name and social security number.

B.       On or about September 15, 2010, the defendant, MARC A. BELL, provided "A.O.'s" means of identification to a co-conspirator.

C.       On or about September 15, 2010, a co-conspirator created a fraudulent 2007 Form 1040, U.S. Individual Income Tax Return, and a fraudulent Schedule C, in the name of purported taxpayer "A.O.," using the name and social security number of "A.O." without her knowledge or consent and a stated District of Columbia address.

D.       On or about September 15, 2010, a co-conspirator caused the mailing of the fraudulent income tax return referenced in paragraph C, above, by mailing it to the Department of the Treasury, Internal Revenue Service, Fresno, California 93888.

E.       On or about November 16, 2010, an unindicted co-conspirator negotiated a U.S. Treasury check in the amount of $2,359.58, which was an income tax refund issued to "A.O.," based upon the fraudulent income tax return referenced in paragraph C, above.

**(Conspiracy to Defraud the Government with Respect to Claims,** in violation of Title 18, United States Code, Section 286).

## COUNT TWO - <u>FALSE CLAIMS FOR REFUND</u>

21.       The allegations set forth in paragraphs 1 through 16 and 18 through 20 of Count One of this Information are hereby re-alleged and incorporated as if fully set forth herein.

22.       On or about November 16, 2010, in the District of Columbia and elsewhere, the defendant, MARC A. BELL, aided and abetted the making and presentation for payment to the U.S. Department of the Treasury of a U.S. Treasury check, in the name of "A.O.," with a listed

District of Columbia address, which was an income tax refund check in the amount of $2,359.58,

knowing that the claim was false and fraudulent in that the Schedule C Net Profit From Business,

submitted in support of and along with the income tax return that resulted in the issuance of said

U.S. Treasury check, falsely claimed that "A.O." had worked as a barber during the tax year 2007

and had gross receipts from that work, when, in fact, "A.O.'s" means of identification had been

stolen from a database in the District of Columbia at the time said tax return was filed, and she had

never worked as a barber, which caused a fraudulent income tax refund in the amount of $2,359.58

in the form of a U.S. Treasury check to be issued and mailed to "A.O." at a District of Columbia

address and resulted in the negotiation and presentation for payment of said fraudulent income tax

refund check.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code,
Sections 287 and 2).

## COUNT THREE - FRAUD AND RELATED ACTIVITY IN CONNECTION WITH IDENTIFICATION INFORMATION

23.     The allegations set forth in paragraphs 1 through 16 and 18 through 20 of Count

One of this Information are hereby re-alleged and incorporated as if fully set forth herein.

24.     On or about November 7, 2010, in the District of Columbia and elsewhere, the

defendant, MARC A. BELL, did knowingly transfer, possess, and use, without lawful authority, a

means of identification of another person, to wit, the name of "J.W." and the social security

number of "J.W.," that is, XXX-XX-8689, with the intent to commit, or to aid or abet, or in

connection with, any unlawful activity that constitutes a violation of federal law, to wit,

Conspiracy to Defraud the Government with Respect to Claims, in violation of Title 18, United

States Code, Section 286, and False, Fictitious or Fraudulent Claims, in violation of Title 18,

United States Code, Section 287, the said means of identification was transported in the U.S. mail

in the course of such transfer and use, and as a result of the offense, the defendant, MARC A.

BELL, or any other individual committing the offense, obtained anything of value aggregating

$1,000 or more during the one-year period beginning November 7, 2010, that is, $2,849.00.

**(Fraud and Related Activity in Connection with Identification Information, Aiding and**
**Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(D) and 2).

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
for the District of Columbia
D.C. Bar No. 415793

By:

ELLEN CHUBIN EPSTEIN
Assistant U.S. Attorney
D.C. Bar No. 442861
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1773


JEFFREY BENDER
THOMAS KOELBL
Trial Attorneys
Department of Justice, Tax Division
P.A. Bar. No. 207972
601 D Street, N.W.
Washington, D.C. 20530
(202) 305-4077